UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>          Defendant. | Case Nos.:  3:23-cv-00236-GPC-DTF<br>Case No.:  3:23-cv-01072-GPC-DTF<br>Case No.:  3:23-cv-01034-GPC-DTF<br>Case No.:  3:23-cv-00404-GPC-DTF<br>Case No.:  3:23-cv-01036-GPC-DTF<br><br>**ORDER CLOSING CONSOLIDATED CASES** |

  Pursuant to the Order Granting Joint Stipulation of Dismissal with Prejudice, the lead case (3:23-cv-00236-GPC-DTF) and all consolidated cases (3:23-cv-01072-GPC-DTF; 3:23-cv-01034-GPC-DTF; 3:23-cv-01036-GPC-DTF; 3:23-cv-00404-GPC-DTF) shall be closed.

  **IT IS SO ORDERED.**

Dated: August 28, 2025

                     _____
                     Hon. Gonzalo P. Curiel
                     United States District Judge

1

3:23-cv-00236-GPC-DTF
Case No.: 3:23-cv-01072-GPC-DTF
Case No.: 3:23-cv-01034-GPC-DTF
Case No.: 3:23-cv-00404-GPC-DTF
Case No.: 3:23-cv-01036-GPC-DTF